COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
201-489-3000
201-489-1536  Facsimile
Attorneys for Defendant,
Walder, Hayden & Brogan, P.A.



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | CIVIL ACTION NO.: |
| ASPECT COMPUTER CORPORATION, | BANKRUPTCY CASE NO.: 07-15800 (RTL) |
| Debtor. | CHAPTER 7 |
| | ADV. PRO. NO.: 09-2118 (RTL) |
| BARRY W. FROST, Chapter 7 Trustee for Aspect Computer Corporation, | |
| Plaintiff, | **ORDER WITHDRAWING REFERENCE TO THE BANKRUPTCY COURT PURSUANT TO 28 U.S.C. § 157(d) AND FED. R. BANKR. P. 5011** |
| v. | |
| WALDER, HAYDEN & BROGAN, P.A. and MORRISON & COMPANY, P.A., | |
| Defendants. | |

THIS MATTER having been opened to the Court by Defendant, Walder, Hayden & Brogan, P.A. ("Defendant"), by and through its counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., by way of motion for entry of an Order withdrawing the reference to the Bankruptcy Court pursuant to 28 U.S.C. § 157(d) and Fed. R. of Bankr. P. 5011; and the Court

having considered the moving and opposition papers and oral argument, if any, and having determined that good cause exists for the entry of this Order,

IT IS on this 4th day of Nov, 2009,

ORDERED that the motion to withdraw the reference to the Bankruptcy Court is hereby granted; and it is further

ORDERED that this matter shall now proceed in the District Court; and it is further

ORDERED that Defendant's counsel shall serve this Order on all parties to the action who will not receive notice of this Order electronically.

_____
U.S.D.J.

44632/0001-5980545v1